IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**TANGELA RICHMOND and**  **CIVIL ACTION FILE NO.**
**MARK RICHMOND,**  **1:23-CV-00017-SDG**

      **Plaintiffs,**

vs.

**PULTE HOME COMPANY, LLC**
**And PULTE MONTGAGE LLC,**

      **Defendants.**

## NOTICE OF SETTLEMENT

    COMES NOW, the Plaintiffs to announce that the parties have reached a settlement of all claims in the above-referenced matter. The Plaintiffs will file a Dismissal with Prejudice as soon as the settlement documents are finalized.

    This 12th day of February, 2023.

                                  /s/ Tangela S. Richmond_____
                                  Tangela S. Richmond
                                  Georgia Bar No. 421353
                                  tangelarichmond@gmail.com
                                  Attorney for Plaintiffs

P.O. Box 2768
Acworth, GA 30102
T: 404-965-8332
F: 866-594-3238

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all counsel of record. Also, I have served the foregoing document by U.S. priority mail to Defendants using the following address:

TROUTMAN PEPPER HAMILTON SANDERS LLP

Moses M. Tincher
600 Peachtree St NE, Ste 3000
Atlanta, GA 30308

FOLEY & LARDNER LLP

John F. Birmingham, Jr.
500 Woodward Ave, Ste 2700
Detriot, MI 48226

John R. FitzGerald
777 East Wisconsin Ave
Milwaukee, WI 53202

Amanda Hibbler
321 North Clark St
Chicago, IL 60654

This 12th day of February, 2023.

/s/ Tangela S. Richmond_____
Tangela S. Richmond
Georgia Bar No. 421353
tangelarichmond@gmail.com
Attorney for Plaintiffs

P.O. Box 2768
Acworth, GA 30102
T: 404-965-8332
F: 866-594-3238